**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| JESUS OJEDA, | ) | CASE NO. 11-19715 |
| | ) | |
| | ) | JUDGE PAMELA S. HOLLIS |
| Debtor(s) | ) | |

**TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES**

TO:   THE HONORABLE  PAMELA S. HOLLIS,
BANKRUPTCY JUDGE

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,500.12 as compensation, $0.00 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $7,501.17.  Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $ 250.12 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $ 0.00 | ($47,500.00 max.) |
| 3% of balance | $ 0.00 | |
| TOTAL COMPENSATION | $ 1,500.12 | |

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                                        $_____0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: 5/10/2012 _____        /s/ Norman B. Newman_____
                                        NORMAN NEWMAN, Trustee
                                        MUCH SHELIST
                                        191 N. WACKER DRIVE
                                        SUITE 1800
                                        CHICAGO, IL 60606-1615

# M U C H  S H E L I S T



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Jesus Ojeda
c/o Norman B. Newman, Trustee
191 N Wacker Dr
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **05/07/2012**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009416.0009**

11 - Trustee Matters

## FEES THROUGH MAY 7, 2012

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 07/26/11 | NBN | Review valuation of Ford Explorer and correspondences with C. Matsakis regarding his employment to sell same. | 0.50 |
| 07/27/11 | NBN | Review filed motion to employ attorney (.20); correspondences with C. Matsakis regarding employment as sale agent (.20). | 0.40 |
| 07/28/11 | NBN | Correspondences with C. Matsakis regarding sale proposal. | 0.20 |
| 09/12/11 | NBN | Telephone conference with C. Matsakis regarding status of vehicle sale. | 0.20 |
| 10/21/11 | NBN | Correspondences with C. Matsakis regarding vehicle auction 10/27. | 0.20 |
| 10/31/11 | NBN | Review status of vehicle auction. | 0.30 |
| 11/02/11 | NBN | Review status of bids for Debtor's vehicle. | 0.20 |
| 11/03/11 | NBN | Review Report of Assets and claim bar date notice. | 0.20 |
| 11/04/11 | NBN | Review auction results. | 0.20 |
| 11/07/11 | NBN | Review final report of auction and correspondences with C. Matsakis regarding title signing. | 0.40 |
| 11/08/11 | NBN | Meet with Liquidator representative regarding signing title to vehicle. | 0.20 |
| 11/15/11 | NBN | Correspondences with C. Matsakis regarding vehicle sale proceeds. | 0.20 |
| 12/02/11 | NBN | Correspondences with C. Matsakis regarding vehicle sale proceeds. | 0.20 |
| 12/15/11 | NBN | Telephone conference with creditor regarding C. Matsakis compensation. | 0.20 |
| 01/06/12 | NBN | Review notice fixing time to file claims (.20); review motion to pay sale agent (.20). | 0.40 |
| 01/26/12 | NBN | Meet with J. Gansberg regarding objecting to amended exemption claim and settlement parameters. | 0.30 |

 **PLEASE SEND PAYMENT TO:**          **Payment due within 30 days of invoice**
Much Shelist ▓ 8477 Solution Center ▓ Chicago, IL 60677-8004

 **QUESTIONS?**
billinginquiries@muchshelist.com ▓ www.muchshelist.com                    thinking business, practicing law.

**M U C H  SHELIST**

191 North Wacker Drive, Suite 1800
Chicago, IL  60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Jesus Ojeda
c/o Norman B. Newman, Trustee
191 N Wacker Dr
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **05/07/2012**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009416.0009**

11 - Trustee Matters

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 02/07/12 | NBN | Discussions with J. Gansberg regarding outcome of hearing on exemption objection and possible settlement. | 0.40 |
| 02/08/12 | NBN | Discussion with J. Gansberg regarding settlement of exemption objection. | 0.20 |
| 03/09/12 | NBN | Review order authorizing settlement of exemption claim and issue check to debtor. | 0.30 |
| 04/05/12 | NBN | Review claim bar date notice and schedules. | 0.40 |
| | | **Total Hours** | **5.60** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.