# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: OJEDA, JESUS § Case No. 11-19715
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $119,900.00 *(without deducting any secured claims)* | Assets Exempt: $17,800.00 |
| Total Distribution to Claimants: $0.00 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $7,501.17 | |

   3)  Total gross receipts of $     11,501.17   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $     4,000.00   (see **Exhibit 2**), yielded net receipts of $7,501.17 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $212,366.80 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,443.72 | 10,443.72 | 7,501.17 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 7,081.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $219,447.80 | $10,443.72 | $10,443.72 | $7,501.17 |

4) This case was originally filed under Chapter 7 on May 09, 2011. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/13/2012           By: /s/NORMAN NEWMAN
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Ford Explorer in good condition with 33,000 | 1129-000 | 11,501.00 |
| Interest Income | 1270-000 | 0.17 |
| **TOTAL GROSS RECEIPTS** | | **$11,501.17** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jesus Ojeda | Exemption on 2007 Ford Explorer | 8100-002 | 4,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | BAC Home Loans Servicing LP F/K/A Countrywide Home Loans | 4110-000 | 212,366.80 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$212,366.80** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Norman B. Newman, Trustee | 2100-000 | N/A | 1,500.12 | 1,500.12 | 1,001.93 |
| Much Shelist, P.C. | 3120-000 | N/A | 195.84 | 195.84 | 130.80 |
| Much Shelist, P.C. | 3110-000 | N/A | 7,164.50 | 7,164.50 | 4,785.18 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Christopher Matsakis | 3630-000 | N/A | 1,150.10 | 1,150.10 | 1,150.10 |
| Christopher Matsakis | 3640-000 | N/A | 300.00 | 300.00 | 300.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| International Sureties, Ltd. | 2300-000 | N/A | 8.16 | 8.16 | 8.16 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $10,443.72 | $10,443.72 | $7,501.17 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Zenith Acquisitions | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Northstar Capital Acquisition LLC C/O Blatt | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Financial Cards | 7100-000 | 7,081.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $7,081.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-19715
**Case Name:** OJEDA, JESUS

**Period Ending:** 08/13/12

**Trustee:** (330560)   NORMAN NEWMAN
**Filed (f) or Converted (c):** 05/09/11 (f)
**§341(a) Meeting Date:** 06/09/11
**Claims Bar Date:** 04/06/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Homestead at 7653 W. 62nd Pl., Summit, with broth<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 119,500.00 | 0.00 | DA | 0.00 | FA |
| 2   Household appliances and furniture consisting of<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 300.00 | 0.00 | DA | 0.00 | FA |
| 3   Necessary wearing apparel.<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 100.00 | 0.00 | DA | 0.00 | FA |
| 4   2007 Ford Explorer in good condition with 33,000<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 15,000.00 | 12,600.00 | | 11,501.00 | FA |
| Int   INTEREST (u) | Unknown | N/A | | 0.17 | Unknown |
| 5   Assets   Totals (Excluding unknown values) | **$134,900.00** | **$12,600.00** | | **$11,501.17** | **$0.00** |

**Major Activities Affecting Case Closing:**

Sold vehicle.   Awaiting claims bar date.

**Initial Projected Date Of Final Report (TFR):**   October 31, 2012     **Current Projected Date Of Final Report (TFR):**   October 31, 2012

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-19715  
**Case Name:** OJEDA, JESUS  

**Taxpayer ID #:** **-***6385  
**Period Ending:** 08/13/12  

**Trustee:** NORMAN NEWMAN (330560)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******00-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/05/11 | {4} | Chicago Liquidators Services | Sale of Ford Explorer | 1129-000 | 11,501.00 | | 11,501.00 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 11,501.08 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,476.08 |
| 01/10/12 | 1001 | Christopher Matsakis | Compensation as Sales Agent | 3630-000 | | 1,150.10 | 10,325.98 |
| 01/10/12 | 1002 | Christopher Matsakis | Expenses to Sales Agent | 3640-000 | | 300.00 | 10,025.98 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,026.07 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,001.07 |
| 02/07/12 | 1003 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/07/2012 FOR CASE #11-19715, Bond#016026455 | 2300-000 | | 8.16 | 9,992.91 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,967.91 |
| 03/14/12 | 1004 | Jesus Ojeda | Exemption on 2007 Ford Explorer | 8100-002 | | 4,000.00 | 5,967.91 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,942.91 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,917.91 |
| 07/10/12 | 1005 | Norman B. Newman, Trustee | Dividend paid 66.79% on $1,500.12, Trustee Compensation; Reference: | 2100-000 | | 1,001.93 | 4,915.98 |
| 07/10/12 | 1006 | Much Shelist, P.C. | Dividend paid 66.79% on $195.84, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 130.80 | 4,785.18 |
| 07/10/12 | 1007 | Much Shelist, P.C. | Dividend paid 66.79% on $7,164.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,785.18 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,501.17 | 11,501.17 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 11,501.17 | 11,501.17 | |
| | | | Less: Payments to Debtors | | | 4,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,501.17** | **$7,501.17** | |

Net Receipts : 11,501.17  
Less Payments to Debtor : 4,000.00  
Net Estate : $7,501.17  

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******00-65** | 11,501.17 | 7,501.17 | 0.00 |
| | **$11,501.17** | **$7,501.17** | **$0.00** |

{} Asset reference(s)   Printed: 08/13/2012 03:06 PM   V.13.02